**87-859.** State, ex rel. East Cleveland Firefighters, v. East Cleveland. *Cuyahoga County,* No. 52795. On motion for rehearing. Rehearing denied.

Sweeney, Douglas and Resnick, JJ., dissent.

**87-1752.** State, ex rel. Rollins, v. Cleveland Hts.-Univ. Hts. Bd. of Edn. *Cuyahoga County,* No. 54088. On motion for rehearing. Rehearing denied.

Sweeney, Douglas and Resnick, JJ., dissent.

**88-1401.** Vallo v. Southwest General Hospital. *Cuyahoga County,* No. 54842. On motion for rehearing. Rehearing denied. On motions for sanctions and to strike. Motions denied.

**88-1760.** Motorists Ins. Companies v. Sykes. *Summit County,* No. 13250. On motion for rehearing. Rehearing denied.

H. Brown, J., dissents.